UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LOUMBERTO TOUSSAINT,

Petitioner,

Case No. 2:26-cv-3000-KCD-KRH

v.

WARDEN, GLADES COUNTY DETENTION CENTER, U.S. ATTORNEY GENERAL,

Respondents.
_______________________________/

**ORDER**

Petitioner Loumberto Toussaint is a Haitian citizen currently detained by U.S. Immigration and Customs Enforcement. Toussaint received a bond hearing on November 2, 2026. (Doc. 6-1 at 1.) He now seeks a writ of habeas corpus under 28 U.S.C. § 2241, asking the Court to "review my case before an immigration judge to come with a release decision on my behalf." (Doc. 1 at 8.) The Court cannot discern a cognizable claim from the petition. A writ of habeas corpus is the remedy for someone seeking release from unlawful confinement. It challenges the fact or duration of detention, none of which Toussaint raises here. *See, e.g.*, *Hutcherson v. Riley*, 468 F.3d 750, 754 (11th Cir. 2006).

The Court does not otherwise have jurisdiction to overturn the immigration judge's bond decision. *See* 8 U.S.C. § 1226(e). And Toussaint has

avenues available to challenge a bond determination made by the Executive Office for Immigration Review. *See* 8 C.F.R. § 1003.1(b)(7) (allowing Board of Immigration Appeals jurisdiction over appeals of bond determinations made under 8 C.F.R. § 1236). He also may seek a new bond hearing before the immigration judge if he can demonstrate a material change in circumstances. *See id.* § 1003.19(e).

The habeas petition is thus **DENIED** for failure to state a cognizable claim. The Clerk is thus **DIRECTED** to terminate any pending motions and deadlines and close the case.

**ORDERED** in Fort Myers, Florida on November 18, 2026.

Kyle C. Dudek
United States District Judge